UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
------------------------------ X
THEODORE WILCZYNSKI,                  :

                Plaintiff,     :     6:20-CV-06125-EAW

-against-                             :

GATES COMMUNITY CHAPEL                :
OF ROCHESTER, INC. d/b/a
FREEDOM VILLIAGE USA,                 :
and FLETCHER A. BROTHERS
(aka Pastor Brothers),                :
             Defendants.
------------------------------ X

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

PLEASE TAKE NOTICE that Plaintiff, Theodore Wilczynski, by and through his attorneys, DeSimone & Associates, LLC, hereby dismisses the action without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(i).

Dated: New York, New York
       August 6, 2020

                                             _____
                                             DAVID A. BEKE, ESQ. (WD0012826)
                                             DESIMONE & ASSOCIATES. LLC
                                             Attorneys for Plaintiff
                                             745 Fifth Avenue, Suite 500
                                             New York, New York 10151
                                             (646) 776-7425 (telephone)
                                             (212) 207-3111 (facsimile)