DESIMONE & ASSOCIATES LLC
745 Fifth Avenue, Suite 500
New York, New York 10151

Telephone (646) 776-7425
Telecopier (212) 207-3111

August 8, 2020

*VIA ECF*

The Honorable Elizabeth A. Wolford
United States District Court
Western District of New York
Kenneth B. Keating Federal Building
100 State Street
Rochester, NY 14614

      Re:    *Wilczynski v. Gates Community Chapel et al.*
             *6:20-cv-06125-EAW*

Dear Judge Wolford:

    We represent the Plaintiff in this action and write concerning the Order to Show Cause directing us to show cause by today why this matter should not be dismissed for failure to timely effectuate service as required by Fed. R. Civ. P. 4(m).

    As Your Honor may be aware, we filed a Notice of Voluntary Dismissal Without Prejudice on August 6, 2020. If Your Honor requires anything further with respect to the Order to Show Cause, please let us know.

    Thank you for your attention to this matter.

                                          Respectfully submitted,

                                          David A. Beke